1  WILLIAM J. FRIMEL (Bar No. 160287)
   bill@hsfllp.com
2  Heffernan Seubert & French LLP
   1075 Curtis Street
3  Menlo Park, CA  94025
   Tel:  650.322.3048
4  Fax:  650.322.2976

5  Attorneys for Defendants
   EG SYSTEMS, LLC and RAJAN KAUL
6

7

8                    **UNITED STATES DISTRICT COURT**

9
                     **NORTHERN DISTRICT OF CALIFORNIA**
10

11                          **SAN JOSE DIVISION**

12

13

14  FORMFACTOR, INC., a Delaware          Case No. CV-13-3579
    corporation,
15                                        **STIPULATION AND [PROPOSED] ORDER
            Plaintiff,                    REGARDING BRIEFING SCHEDULE ON
16                                        DEFENDANTS' MOTION TO DISMISS
         v.                               PLAINTIFF'S COMPLAINT, AND/OR TO
17                                        STRIKE PARAGRAPHS 8-15 THEREOF**
    EG SYSTEMS, LLC, a California limited
18  liability company, and RAJAN KAUL, an
    individual,
19
            Defendants.
20

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS AND/OR STRIKE

**STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT, AND/OR TO STRIKE PARAGRAPHS 8-15 THEREOF**

WHEREAS, the parties to the above-referenced action (the "Parties") are engaged in settlement discussions and believe it is possible that a settlement will be reached within the next few weeks; and

WHEREAS, the parties therefore desire to postpone further briefing on Defendants' Motion to Dismiss and/or Strike (the "Motion"), which is currently set for a hearing on October 31, 2013, until the parties have a further opportunity to pursue a potential settlement.

The Parties therefore stipulate as follows:

1. Plaintiff's opposition to Defendants' Motion will be due on September 23, 2013.

2. Defendants' reply in support of their Motion will be due on September 30, 2013.

Dated: September 9, 2013

**FOLEY & LARDNER LLP**

By  /s/ Jean-Paul Ciardullo
JEAN-PAUL CIARDULLO
Attorneys for Plaintiff
FORMFACTOR, INC.

Dated: September 9, 2013

**HEFFERNAN SEUBERT & FRENCH LLP**

By  /s/ William J. Frimel
WILLIAM J. FRIMEL
Attorneys for Defendants
EG SYSTEMS, LLC and RAJAN KAUL

STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS AND/OR STRIKE

# [PROPOSED] ORDER

WHEREAS, Plaintiff FormFactor, Inc. and Defendants EG Systems, LLC and Rajan Kaul have stipulated to modify the briefing schedule regarding Defendants' Motion to Dismiss and/or Strike, as set forth in the above Stipulation, to give the parties additional time to discuss a potential settlement.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's opposition to Defendants' Motion will be due on September 23, 2013.

2. Defendants' reply in support of their Motion will be due on September 30, 2013.

IT IS SO ORDERED.

Dated: 9/10 _____, 2013

By *Lucy H. Koh*

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE