1  WILLIAM J. FRIMEL (Bar No. 160287)
   bill@hsfllp.com
2  Heffernan Seubert & French LLP
   1075 Curtis Street
3  Menlo Park, CA  94025
   Tel:  650.322.3048
4  Fax:  650.322.2976

5  Attorneys for Defendants
   EG SYSTEMS, LLC and RAJAN KAUL
6

7

8              **UNITED STATES DISTRICT COURT**

9

10            **NORTHERN DISTRICT OF CALIFORNIA**

11                    **SAN JOSE DIVISION**

12

13

14 | FORMFACTOR, INC., a Delaware | Case No. CV-13-3579 |
   | corporation, | |
15 | | **STIPULATION AND** [PROPOSED] **ORDER** |
   | Plaintiff, | **REGARDING BRIEFING SCHEDULE ON** |
16 | | **DEFENDANTS' MOTION TO DISMISS** |
   | v. | **PLAINTIFF'S COMPLAINT, AND/OR TO** |
17 | | **STRIKE PARAGRAPHS 8-15 THEREOF** |
   | EG SYSTEMS, LLC, a California limited | |
18 | liability company, and RAJAN KAUL, an | |
   | individual, | |
19 | | |
   | Defendants. | |
20

21

22

23

24

25

26

27

28

---

STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS AND/OR STRIKE

**STIPULATION REGARDING BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
COMPLAINT, AND/OR TO STRIKE PARAGRAPHS 8-15 THEREOF**

WHEREAS, the parties to the above-referenced action (the "Parties") are engaged in settlement discussions and believe it is possible that a settlement will be reached within the next few weeks; and

WHEREAS, the parties therefore desire to postpone further briefing on Defendants' Motion to Dismiss and/or Strike (the "Motion"), which is currently set for a hearing on October 31, 2013, until the parties have a further opportunity to pursue a potential settlement.

The Parties therefore stipulate as follows:

1.    Plaintiff's opposition to Defendants' Motion will be due on September 23, 2013.

2.    Defendants' reply in support of their Motion will be due on September 30, 2013.

Dated:  September 9, 2013                     **FOLEY & LARDNER LLP**

By    /s/ Jean-Paul Ciardullo
        JEAN-PAUL CIARDULLO
        Attorneys for Plaintiff
        FORMFACTOR, INC.

Dated:  September 9, 2013                     **HEFFERNAN SEUBERT & FRENCH LLP**

By    /s/ William J. Frimel
        WILLIAM J. FRIMEL
        Attorneys for Defendants
        EG SYSTEMS, LLC and RAJAN KAUL

---

STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS AND/OR STRIKE

1

## [PROPOSED] ORDER

        WHEREAS, Plaintiff FormFactor, Inc. and Defendants EG Systems, LLC and Rajan Kaul

have stipulated to modify the briefing schedule regarding Defendants' Motion to Dismiss and/or

Strike, as set forth in the above Stipulation, to give the parties additional time to discuss a

potential settlement.

        Good cause appearing, IT IS HEREBY ORDERED as follows:

        1.      Plaintiff's opposition to Defendants' Motion will be due on September 23,

2013.

        2.      Defendants' reply in support of their Motion will be due on September 30,

2013.

        IT IS SO ORDERED.


Dated: ___9/10_____, 2013

                                          By_____

                                              HON. LUCY H. KOH
                                              UNITED STATES DISTRICT JUDGE